NUMBER 13-02-242-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

TURNER,
HICKEY & ASSOCIATES, INC.,                                 Appellant,

 

                                                   v.

 

EJB
CONSTRUCTION, INC. D/B/A BRACCO 

CONSTRUCTION COMPANY,                                                  Appellee.

____________________________________________________________________

 

                   On appeal from the County Court at Law No. 4

                                  of Nueces
County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

         Before Chief Justice Valdez
and Justices Hinojosa and Yañez

                                       Opinion
Per Curiam

 








Appellant, TURNER,
HICKEY & ASSOCIATES, INC., perfected an appeal from a judgment entered
by the County Court at Law No. 4 of Nueces
County, Texas, in cause number 98-60537-4.  The clerk=s record was filed on June 14, 2002.  The reporter=s record was filed on June 3, 2002.   Appellant=s brief was due on August 12, 2002.
To date, no appellate brief has been received.

When the appellant has
failed to file a brief in the time prescribed, the Court may dismiss the appeal
for want of prosecution, unless the appellant reasonably explains the failure
and the appellee is not significantly injured by the appellant=s failure to timely
file a brief.  Tex. R. App. P. 38.8(a)(1).

On September 16, 2002,
notice was given to all parties that this appeal was subject to dismissal
pursuant to Tex. R. App. P. 38.8(a)(1).  Appellant was given ten days to explain why
the cause should not be dismissed for failure to file a brief.  To date, no response has been received.

The Court, having
examined and fully considered the documents on file, appellant=s failure to file a
proper appellate brief, this Court=s notice, and
appellant=s failure to respond,
is of the opinion that the appeal should be dismissed for want of
prosecution.  The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed

this the 24th day of
October, 2002